# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO ANTONIO AGUILAR MARTINEZ,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Ctr. et al.,

Respondents.

Case No. 5:26-cv-06219-SK

**ORDER GRANTING UNOPPOSED PETITION**

The unopposed petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted.[1] Petitioner FRANCISCO ANTONIO AGUILAR MARTINEZ is ordered released from ICE detention forthwith on the posting of bond or on conditional parole no more restrictive than the humanitarian parole granted on or about December 28, 2022. Judgment in Petitioner's favor will be entered accordingly.[2]

This court retains jurisdiction to enforce its order and judgment if Petitioner is arrested and re-detained in violation of the Immigration and Nationality Act or the agency's relevant implementing regulations governing revocation of release, including 8 C.F.R. § 212.5(e)(2)(i), § 236.1(c)(9), or

[1] The United States Attorney's Office has advised that the district court may presume an immigration habeas petition is unopposed if the Office makes no timely appearance and files no timely answer to the petition in accordance with General Order 26-05. Under that General Order, respondents' answer was due by October 28, 2026.

[2] Petitioner does not appear to have provided his A-File number with his petition, so it falls to him (or his counsel) to provide that number to the officials at the Adelanto ICE Processing Center if needed to effect his release from detention there.

§ 241.4(l). *See, e.g.*, *Cheng v. Warden of Adelanto ICE Proc. Ctr.*, --- F. Supp. 3d ---, 2026 WL 2629685 (C.D. Cal. Sept. 7, 2026).

It also retains jurisdiction over any successive action or petition under § 2241 petition alleging that petitioner is being held in immigration custody within this district in violation of federal law. *See* 28 U.S.C. § 1651; *see also* *Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

IT IS SO ORDERED.

DATED: October 29, 2026

STEVE KIM
United States Magistrate Judge