**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO ANTONIO AGUILAR MARTINEZ,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Ctr. et al.,

Respondents.

Case No. 5:26-cv-06219-SK

**JUDGMENT**

In accordance with the court's Order Granting Unopposed Petition, IT IS ADJUDGED that Petitioner FRANCISCO ANTONIO AGUILAR MARTINEZ is to be released from ICE detention forthwith on the posting of bond or on conditional parole no more restrictive than the humanitarian parole granted on or about December 28, 2022.[1] This court retains jurisdiction to the extent set forth in its Order.

DATED: October 29, 2026

STEVE KIM
United States Magistrate Judge

[1] Petitioner does not appear to have provided his A-File number with his petition, so it falls to him (or his counsel) to provide that number to the officials at the Adelanto ICE Processing Center if needed to effect his release from detention there.